UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELIZABETH CABITLA BALLESTEROS,<br><br>Plaintiff,<br><br>v.<br><br>ARIF MOHAMED SAEED MOHAMED AL-ALI and SAMAH ALHARMOODI<br><br>Defendants. | CIVIL ACTION NO. 11-152 |

## ORDER OF DEFAULT

On August 8, 2012, this matter came on for a hearing before the United States District Court, Judge John J. McConnell, Jr. presiding, on the Plaintiff, Elizabeth Cabitla Ballesteros' Motion for Default made in accordance with Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 37(b)(2)(A)(vi) and resulting from the Defendant Arif Mohamed Saeed Al-Ali's failure to appear at a scheduling conference. After hearing thereon and in consideration thereof, it is hereby:

### ORDERED:

1. The Plaintiff's motion is granted;

2. Default against the Defendant Arif Mohamed Saeed Mohamed Al-Ali on all counts in this case.

ENTERED:

_/s/ John J. McConnell_
~~Associate Justice~~ USDJ J. McConnell

Dated: 8-13-12

BY ORDER:

_____
Clerk of the Court

1