**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELIZABETH CABITLA BALLESTEROS,<br><br>             Plaintiff,<br><br>v.<br><br>ARIF MOHAMED SAEED MOHAMED AL-ALI and SAMAH ALHARMOODI<br><br>             Defendants. | CIVIL ACTION NO. 11-152 |

## PLAINTIFF'S WRITTEN STATUS REPORT

The Plaintiff, Elizabeth Cabitla Ballesteros ("Plaintiff"), submits the following written status report in response to the Court's October 10, 2012 Letter (Doc. No. 24). At present, the Court has entered default against the Defendant Arif Mohamed Saeed Mohamed Al-Ali. (Doc. No. 23) This matter will therefore proceed to a hearing on damages alone. Counsel for Ms. Ballesteros are currently preparing a memorandum in support of her damages in this case for the Court's review and consideration prior to the hearing. In addition, counsel are preparing Ms. Ballesteros for testimony at the anticipated hearing on damages.

Counsel will present Ms. Ballesteros' testimony to the Court through an interpreter. Currently, counsel are reviewing and interviewing possible interpreters for this hearing understanding and recognizing the interpretation difficulties encountered in the prior related criminal case. In addition, counsel are reviewing the facts and circumstance of this case to determine whether other witnesses will testify or provide affidavits to the Court. Counsel for Ms. Ballesteros expect to file Ms. Ballesteros' memorandum in support of her damages claim and request a hearing date by **November 16, 2012**, assuming that this deadline is acceptable to the Court.

1

34283129v1 0919341

Respectfully submitted,

ELIZABETH CABITLA BALLESTEROS

By Her Attorneys,


/s*/ Samuel C. Bodurtha*
Samuel C. Bodurtha, No. 7075
sbodurtha@hinshawlaw.com
HINSHAW & CULBERTSON LLP
321 South Main Street, Suite 301
Providence, Rhode Island 02903
401-751-0842
617-751-0072 (facsimile)


## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those individuals identified as non-registered participants on October 26, 2012.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha

2

34283129v1 0919341